UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:17-cv-00444-FL

| | |
|---|---|
| MEOSHA STANFORD, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | **ENTRY OF DEFAULT** |
| vs. ) ) | |
| ALDOUS & ASSOCIATES, PLLC and JOHN DOES 1-25 ) ) ) | |
| Defendants. ) | |

It appearing that the complaint was filed in this case on September 1, 2017, that the summons and complaint were duly served upon Defendant Aldous & Associates, PLLC on September 11, 2017, and no answer or other pleading has been filed by Defendant as required by law; therefore, upon request of Plaintiff Meosha Stanford, default is hereby entered against Defendant Aldous & Associates, PLLC as provided in Fed. R. Civ. P. 55(a).

SO ORDERED. This the 21 day of December, 2017.

Peter A. Moore, Jr.
Clerk of Court