UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case # 5:17-cv-00444-FL

---

MEOSHA STANFORD, individually and on behalf
of all others similarly situated;

                        Plaintiff(s),

    -against-

ALDOUS & ASSOCIATES, PLLC
AND JOHN DOES 1-25,

                        Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), and as Defendant has not filed an Answer or Motion for Summary Judgment, Plaintiff voluntarily dismisses her claims against Defendant without prejudice.

April 13, 2018

                                      /s/ Craig M. Shapiro
                                      Craig M. Shapiro
                                      NC State Bar No.: 48887
                                      Counsel for Plaintiff
                                      Law Offices of John T. Orcutt, P.C.
                                      1738 Hillandale Road, Suite D
                                      Durham, North Carolina 27705
                                      (919) 286-1695
                                      (919) 286-2704 (facsimile)
                                      cshapiro@johnorcutt.com